UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :    MAGISTRATE NO.: *15- 9146*

                          :

V.                         :    CRIMINAL ACTION

                          :

*Donavan Soumas*      :    ORDER OF RELEASE

                          :

      The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

(✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(  ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✓) The defendant shall appear at all future court proceedings;

(  ) Other: _____

_____      _____7/8/15_____
DEFENDANT                      DATE

      It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____7/8/15_____
DATE